EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN  JS-6
Assistant United States Attorney
Chief, Civil Division
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8978
    Facsimile: 415-744-0134
    Email: Francesco.Benavides@ssa.gov
Attorney for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARIA COVARRUBIAS, | Case No.: 15-cv-1817-KLS |
| Plaintiff, | **[PROPOSED]** |
| | **JUDGMENT OF REMAND** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Stipulation to Remand) and to Entry of Judgment lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

-1-

DATED: *October 16, 2015*

/s/ Karen L. Stevenson
HON. KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE