## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA COVARRUBIAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>　　　　　Defendant.<br>_____ | NO. CV 15-1817 (KS)<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY'S FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the Stipulation For The Award And Payment Of Attorney's Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412(d) ("Stipulation"), which was filed on December 8, 2015, IT IS ORDERED that attorney fees in the amount of $3,600.00 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation.

DATED: December 9, 2015

　　　　　　　　　　　　　　　　　　　　　／s／ Karen L. Stevenson
　　　　　　　　　　　　　　　　　　　　　KAREN L. STEVENSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1